# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) ) ) CRIMINAL NO. 2:02-CR-63-DBH-02 |
| DEAN A. LAKIN, | ) |
| DEFENDANT | ) |

## ORDER ACCEPTING JOINT AGREEMENT AND SENTENCING RECOMMENDATION

In light of the Joint Agreement and Sentencing Recommendation (ECF No. 82); the Supplement to Joint Agreement and Sentencing Recommendation (ECF No. 85); the conference of counsel held on June 12, 2018; the transcript of the original sentencing from January 21, 2003; and a recent BOP progress report, I now **ACCEPT** the joint agreement and sentencing recommendation. The Clerk's Office shall prepare an Amended Judgment and Commitment accordingly.

**SO ORDERED.**

**DATED THIS 19TH DAY OF JUNE, 2018**

/s/ D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**